IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV510-MOC-DSC

| | |
|---|---|
| CLARK MATERIAL HANDLING COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TOYOTA MATERIAL HANDLING U.S.A., INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Natalma M. McKnew]" (document #5) filed August 22, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: August 22, 2012

_____
David S. Cayer
United States Magistrate Judge