IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:12CV510-MOC-DSC

| | |
|---|---|
| CLARK MATERIAL HANDLING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOYOTA MATERIAL HANDLING, USA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (Doc. 15) filed October 4, 2012 requesting admission of attorney Paul J. Riehle to represent Defendant. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: October 5, 2012

David S. Cayer
United States Magistrate Judge