**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-CV-00510-MOC-DSC**


| | | |
|---|---|---|
| CLARK MATERIAL HANDLING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| TOYOTA MATERIAL HANDLING U.S.A., INC., | ) ) ) | |
| Defendant. | ) | |


    **THIS MATTER** is before the Court on the "Toyota Material Handling, U.S.A., Inc.'s Motion to File Under Seal" (document # 67) filed January 27, 2014.   For the reasons set forth therein, the Motion will be <u>granted</u>.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

    **SO ORDERED**.                Signed: January 28, 2014

_____

David S. Cayer
United States Magistrate Judge