# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:12-cv-510

| | |
|---|---|
| Clark Material Handling Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Toyota Material Handling U.S.A., Inc., )<br>)<br>Defendant. ) | **[PROPOSED]**<br>**AMENDMENT TO SCHEDULING ORDER** |

This matter comes before the Court on the Stipulation of the Parties Concerning Order by US Magistrate Judge Cayer and Objection Thereto by Defendant Toyota Material Handling USA. By the mutual consent of the parties, the Court has considered the request therein for an extension of the deadlines as integral to the resolution of the Objection, and therefore GRANTS the extension. Accordingly, the deadlines in the Scheduling Order, as amended, in this matter are extended as follows:

a. All discovery will conclude on September 30, 2014;

b. Plaintiff's expert reports shall be due by August 1, 2014;

c. Defendant's expert reports shall be due by September 1, 2014;

d. Mediation shall be completed by October 15, 2014;

e. Dispositive Motions shall be filed no later than October 31, 2014; and

f. This matter shall be tried during the Court's first civil term after February 15, 2015.

Based on the Stipulation of the Parties, the Objection is overruled without prejudice.

Signed: April 23, 2014

Max O. Cogburn Jr.
United States District Judge