## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:12CV510-MOC-DSC

CLARK MATERIAL HANDLING )
COMPANY, )
  )
     Plaintiff, )
  )
        v. )       **ORDER**
  )
TOYOTA MATERIAL HANDLING )
U.S.A., INC., )
  )
     Defendant. )
_____ )

**THIS MATTER** is before the Court on the "Defendant's Motion to Apply July 18, 2013 Protective Order to Depositions of Defendant's Officers" (document #105) filed July 30, 2014 and the parties' associated briefs and exhibits.  See documents ##106, 107, 108, 109, 111 and 112.  This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

For the reasons set forth in Defendant's Motion and briefs, the Motion is granted.

**IT IS THEREFORE ORDERED** that:

1.   Plaintiff will be allowed to ask questions and use documents about strategy in the Southeast region during depositions of senior Toyota executives.  Any inadvertently produced strategy documents that are not confined to the Southeast region are subject to the July 18, 2013 Protective Order and are not to be referenced during the depositions.

2.  The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 7, 2014

David S. Cayer
United States Magistrate Judge