UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00510-MOC-DSC

| | |  | |
|---|---|---|---|
| **CLARK MATERIAL HANDLING COMPANY,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| Vs. | ) | ORDER | |
| | ) | | |
| **TOYOTA MATERIAL HANDLING U.S.A., INC.,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

**THIS MATTER** is before the court on defendant's Motion for Summary Judgment. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Summary Judgment (#133) be calendared for oral arguments by the Clerk of Court.

Signed: November 17, 2014

Max O. Cogburn Jr.
United States District Judge