IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12CV510-MOC-DSC

| | |
|---|---|
| CLARK MATERIAL HANDLING COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TOYOTA MATERIAL HANDLING U.S.A., INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [of Brian C. Swanson and Sean W. Gallagher]" (documents ##171-72). For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.**

Signed: January 30, 2015

David S. Cayer
United States Magistrate Judge