UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00510-MOC-DSC

| | | |
|---|---|---|
| **CLARK MATERIAL HANDLING COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TOYOTA MATERIAL HANDLING U.S.A., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff's Motion for Treble Damages, Attorneys' Fees and Interest (#230), as well as various post-trial briefs of the parties, including Defendant's Post-Trial Brief in Support of Rule 50 and Rule 59 Motions for Judgment as a Matter of Law, for New Trial, and/or Remittitur (#234). Also before the court is Defendant's Request for Oral Argument (#237). Finding that oral argument on all outstanding motions in this matter would be appropriate and helpful, the court enters the following order.

**ORDER**

**IT IS HEREBY ORDERED** that all outstanding motions in this matter be calendared for oral argument on the next available Charlotte civil motions day.

Signed: March 25, 2015

Max O. Cogburn Jr.
United States District Judge