# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Clark Material Handling Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00510-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Toyota Material Handling U.S.A., Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on February 27, 2015 .

Signed: July 9, 2015

Frank G. Johns, Clerk
United States District Court