# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Clark Material Handling Company, | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00510-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Toyota Material Handling U.S.A., Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court's Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on July 17, 2015. The judgment is amended in this case reflecting an award of attorney's fees to Plaintiff Clark Material Handling Company for work through May 27, 2015 in the amount of One Million five Hundred Thousand Dollars. ($1,500,000.00)

Signed: July 24, 2015

Max O. Cogburn Jr
United States District Judge