# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Clark Material Handling Company**,** | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00510-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Toyota Material Handling U.S.A., Inc.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on joint Motion and a decision having been rendered;

1. Jury Verdict for Plaintiff Clark Material Handling: $3,040,090.00

2. Treble damages per Court's Order of June 4, 2015: $9,120,270.00

3. Pre-Judgment Interest at 8% on compensatory damages from August 14, 2012 through Clerk's Judgment of July 9, 2015 (1,059 days): $705,633.00

4. Attorney's Fees per parties' Stipulation as to amount: $1,500,000.00

TOTAL JUDGMENT: $11,325,903.00

Post-judgment interest accrues at the statutory rate of 28 U.S.C. 1961(a)

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2015 Order.

Signed: July 31, 2015

_Frank G. John_

Frank G. Johns, Clerk
United States District Court