UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00510-MOC-DSC

| | | |
|---|---|---|
| **CLARK MATERIAL HANDLING COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TOYOTA MATERIAL HANDLING U.S.A., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Approval of Letter of Credit and Stay of Execution of Judgment. Having considered defendant's motion and reviewed the pleadings, and finding that the letter of credit is adequate to cover the Judgment, interest, and costs, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Approval of Letter of Credit and Stay of Execution of Judgment (#285) is **GRANTED**, the letter of credit attached as Exhibit 1 to such motion is **APPROVED**, and enforcement of the final Judgment (#274) is **STAYED** pending appeal.

Signed: October 21, 2015

Max O. Cogburn Jr
United States District Judge